UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGHARNG GENE LUO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant. | Case No.  25-cv-07565-WHO <br><br> **ORDER CONDITIONALLY DISMISSING CASE** |

Following a mediation session held on March 5, 2026, the mediator advised that the parties reached a settlement agreement.  Accordingly, this case is DISMISSED WITH PREJUDICE and any dates and hearings are VACATED; provided that, if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: April 15, 2026



William H. Orrick
United States District Judge