UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JINGHARNG GENE LUO, et al.,

Plaintiffs,

v.

AMGUARD INSURANCE COMPANY,

Defendant.

Case No.  25-cv-07565-WHO

**ORDER REOPENING CASE**

Re: Dkt. No. 17, 18

On April 15, 2026, I conditionally dismissed this case with prejudice, "provided that, if any party certifies to this Court . . . that settlement has not in fact occurred," the case shall be reopened for further proceedings.  Dkt. No. 17.  On April 23, 2026, plaintiffs indicated that the parties "have not settled the case due to a disagreement on the terms of the settlement."  Dkt. No. 18 at 2.  While plaintiffs sent a meet and confer conference to defendant on the issue, defendant has yet to respond.  Plaintiffs therefore "anticipate filing a motion to enforce the settlement agreement reached at the[ir] mediation within the next ten days if . . . unable to informally finalize the settlement agreement."  *Id.*

Considering the parties' failure to settle, this case is RESTORED to the docket and a Case Management Conference is set for Tuesday, May 19th at 2:00pm via Zoom Webinar.

**IT IS SO ORDERED.**

Dated: April 24, 2026

William H. Orrick
United States District Judge